UNITED STATES COURT OF INTERNATIONAL TRADE         FORM  1

| | |
|---|---|
| **RICHMOND INTERNATIONAL FOREST PRODUCTS LLC**<br><br>                          **Plaintiff,**<br>  v.<br><br>**UNITED STATES; U.S. CUSTOMS AND BORDER PROTECTION**<br><br>                          **Defendants.** | **S U M M O N S**<br>Ct. No. 21-00319 |

**TO:**  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | Ports of New York/ Newark, New Jersey (4601), Savannah, Georgia (1703),  Miami Seaport, Florida (5201), Houston Seaport, Texas (5301), Seattle, Washington (3001) | Date Protest Filed: | January 26, 2021 |
|---|---|---|---|
| Protest Number: | 460121125039 | Date Protest Denied: | February 11, 2021 |
| Importer: | Richmond International Forest Products LLC | | |
| Category of Merchandise: | Hardwood plywood from Cambodia | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| <u>See</u> Schedules of Protests | (attached) | (attached) | (attached) | (attached) | (attached) |
| (33 entries) | | | | | |
| | | | | | |

Port Director,
Port of New York/Newark, New Jersey
1100 Raymond Blvd.
Newark, NJ 07102

Jeffrey S. Grimson
Mowry & Grimson, PLLC
5335 Wisconsin Ave., NW, Suite 810
Washington, D.C. 20015
202-688-3610, jsg@mowrygrimson.com

Address of Customs Port in
Which Protest was Denied

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Hardwood plywood from Cambodia | 4412.33.0640 or 4412.33.0670 | 0% HTS duties; 183.36% AD; 22.98% CVD; 10% or 25% 301 duties; 0.3464% MPF; 0.125% HMF | 4412.33.0640 or 4412.33.0670 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Customs' origin determination is erroneous. The goods imported on the protested entries were produced in Cambodia and not subject to AD/CVD, Section 301 duties or MPF. Liquidation/reliquidation with assessment of AD/CVD and 301 duties applicable to imports of hardwood plywood from China and MPF was improper given record evidence establishing that the hardwood plywood was produced in Cambodia. Liquidation/reliquidation with double collection of AD/CVD, Section 301 duties, MPF and HMF fees with respect to certain entries was also improper.

The issue which was common to all such denied protests:

Liquidation/reliquidation with assessment of AD/CVD and 301 duties applicable to imports of hardwood plywood from China and MPF to imports originated from Cambodia.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney

7/6/21
_____
Date

## SCHEDULE OF PROTESTS

Port of New York/Newark, New Jersey (4601)
　　Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation/Reliquidation |
|---|---|---|---|---|---|
| 460121125039 | 01/26/2021 | 02/11/2021 | 99009515448 | 02/19/2019 | 08/21/2020 (liquidated)  08/28/2020 (reliquidated) |
| | | | 99009516222 | 02/26/2019 | |
| | | | 99009516263 | 02/26/2019 | |
| | | | 99009516271 | 02/26/2019 | |
| | | | 99009517949 | 03/14/2019 | |
| | | | 99009517915 | 03/14/2019 | |
| | | | 99009517923 | 03/14/2019 | |
| | | | 99009517931 | 03/14/2019 | |
| | | | 99009520463 | 04/01/2019 | 08/21/2020 |
| | | | 99009520372 | 04/01/2019 | 08/21/2020 (liquidated)  08/28/2020 (reliquidated) |
| | | | 99009520398 | 04/01/2019 | |
| | | | 99009520406 | 04/01/2019 | |
| | | | 99009520448 | 04/01/2019 | |
| | | | 99009520455 | 04/01/2019 | |
| | | | 99009521230 | 04/08/2019 | |
| | | | 99009521222 | 04/08/2019 | 09/04/2020 |
| | | | 99009522147 | 04/15/2019 | 08/21/2020 (liquidated) |
| | | | 99009522154 | 04/15/2019 | 08/28/2020 (reliquidated) |
| | | | 99009523095 | 04/20/2019 | 08/21/2020 |
| | | | 99009523806 | 04/27/2019 | 08/21/2020 |
| | | | 99009523913 | 04/29/2019 | 08/21/2020 |
| | | | 99009540420 | 09/16/2019 | 08/21/2020 |
| | | | 99009544315 | 10/15/2019 | 08/21/2020 |
| | | | 99009545221 | 10/21/2019 | 08/21/2020 |
| | | | 99009547516 | 11/06/2019 | 08/21/2020 |

Port Director of Customs,
Port of New York/Newark, New Jersey
1100 Raymond Blvd.
Newark, NJ 07102

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

<u>Port of Savannah, Georgia (1703)</u>
    Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation/ Reliquidation |
|---|---|---|---|---|---|
| 460121125039 | 01/26/2021 | 02/11/2021 | 99009516610 | 03/11/2019 | 08/21/2020 (liquidated) <br><br> 08/28/2020 (reliquidated) |
| | | | 99009523889 | 04/27/2019 | 08/21/2020 |
| | | | 99009541337 | 09/24/2019 | 08/21/2020 |
| | | | 99009544257 | 10/15/2019 | 08/21/2020 |

Port Director of Customs,
Port of Savannah, Georgia
1 East Bay Street
Savannah, GA 31401

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

<u>Port of Miami Seaport, Florida (5201)</u>
    Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460121125039 | 01/26/2021 | 02/11/2021 | 99009516214 | 03/03/2019 | 08/21/2020 (liquidated) |
|  |  |  | 99009518640 | 03/21/2019 | 08/28/2020 (reliquidated) |

Port Director of Customs,
Port of Miami Seaport, Florida
1103 N. Cruise Blvd
Terminal G
Miami, FL 33132

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

<u>Port of Houston Seaport, Texas (5301)</u>
    Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460121125039 | 01/26/2021 | 02/11/2021 | 99009517352 | 03/9/2019 | 08/21/2020 (liquidated) <br><br> 08/28/2020 (reliquidated) |

Port Director of Customs,
Port of Houston Seaport, Texas
7141 Office City Drive
Houston, TX 77087

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

<u>Port of Seattle, Washington (3001)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 460121125039 | 01/26/2021 | 02/11/2021 | 99009544984 | 10/19/2019 | 08/21/2020 |

Port Director of Customs,
Port of Seattle, Washington
19339 28th Ave.
Building D
SeaTac, WA 98158

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)